# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LYNNETTE COOK, RODNEY JAY VESSELS, JULIE LITTLE TAGGART, Individuals,<br><br>      Plaintiffs,<br><br>vs.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation Sole,<br><br>      Defendant. | **ORDER OF RECUSAL**<br><br>2:20-cv-00080-DBB<br><br>District Judge David Barlow |

    I recuse myself in this case and ask that the appropriate assignment card for equalization be drawn by the clerk's office.

    Signed February 11, 2020.

BY THE COURT:

_____
David Barlow
United States District Judge