LYNNETTE COOK
228 W. Garden Park
Orem, Utah 84057
Telephone: (435) 919-8240
Email: lovelylynnettest@gmail.com

RODNEY JAY VESSELS
230 W. Garden Park
Orem, Utah 84057
Telephone: (612) 570-1199
Email: ssevdor@gmail.com

JULIE LITTLE TAGGART
225 S. 300 E. #507
Salt Lake City, Utah 84111
Telephone: (801) 577-1928
Email: JLT1920@yahoo.com

*Pro Se Plaintiffs*

FILED
U.S. DISTRICT COURT

2020 APR -3  A 9: 12

DISTRICT OF UTAH

BY: _____
    DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LYNNETTE COOK, RODNEY JAY VESSELS, JULIE LITTLE TAGGART<br><br>*Pro Se* Plaintiffs,<br><br>vs.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, A UTAH CORPORATION SOLE.,<br><br>Defendant | Case Number: 2:20–cv–00080<br><br>PLAINTIFFS' RESPONSE TO DEFENDANT'S RESPONSE TO PLANTIFFS' RULE 12(f) MOTION TO STRIKE<br><br>The Honorable Ted Stewart<br>The Honorable Paul M. Warner |

Plaintiffs moved to strike Defendant's statement that "Plaintiffs' 'settlement' demands ... further highlight the religious nature of this dispute." Plaintiffs sought to strike the statement, pursuant to Rule 408 of the Federal Rules of Evidence ("Compromise Offers and Negotiations"), which prohibits a party from using the opposing party's offer to settle to prove the validity of a disputed claim.

**PLAINTIFFS' RESPONSE TO DEFENDANT'S RESPONSE TO PLANTIFFS' RULE 12(f) MOTION TO STRIKE, PAGE 1**

Defendant clearly attempted to use Plaintiffs' offer to compromise for the impermissible purpose of allegedly proving that Plaintiffs' Complaint is of a "religious nature" that would seemingly protect Defendant's acts of fraud under the First Amendment of the United States Constitution and lead to the dismissal of Plaintiffs' Complaint as simply based on a religious dispute.

Defendant's Response to Plaintiffs' Rule 12(f) Motion to Strike falsely states that "Plaintiffs now complain that, according to the Federal Rules of Evidence, settlement correspondence is confidential and inadmissible." Plaintiffs, however, made no such claims, but rather claimed that Defendant could not use Plaintiffs' settlement offer as evidence that Plaintiffs' Complaint is of a religious nature protected by the First Amendment—for that is Defendant's main contention in it motion to dismiss.

Plaintiffs did not wave the protections of Rule 408 of the Federal Rules of Evidence. Plaintiffs' Motion to Strike should be granted.

Respectfully submitted this 3rd Day of April, 2020.

_____
LYNNETTE COOK
Pro Se
228 W. Garden Park
Orem, Utah 84057
Telephone (435) 919-8240
Email lovelylynnettest@gmail.com

_____
RODNEY JAY VESSELS
Pro Se
230 W. Garden Park
Orem, Utah 84057
Telephone (612) 570-1199
Email ssevdor@gmail.com

_____
JULIE LITTLE TAGGART
Pro Se
225 S. 300 E. #507
Salt Lake City, Utah 84111
Telephone (801) 577-1928
Email JLT1920@yahoo.com

PLAINTIFFS' RESPONSE TO DEFENDANT'S RESPONSE TO PLANTIFFS' RULE 12(f) MOTION TO STRIKE, PAGE 2

## CERTIFICATE OF SERVICE

Plaintiffs certify that on April 3, 2020, a true and correct copy of the Plaintiffs' Response to Defendant's Response to Plaintiffs' Rule 12(f) Motion to Strike was served upon Defendant's attorneys at the law office of STOEL RIVES LLP, 201 S. Main Street, Suite 1100, Salt Lake City UT 84111.

Respectfully Submitted,

Dated this 3rd Day of April, 2020

By:

_____
LYNNETTE COOK
Pro Se
228 W. Garden Park
Orem, Utah 84057
Telephone (435) 919-8240
Email lovelylynnettest@gmail.com

_____
RODNEY JAY VESSELS
Pro Se
230 W. Garden Park
Orem, Utah 84057
Telephone (612) 570-1199
Email ssevdor@gmail.com

_____
JULIE LITTLE TAGGART
Pro Se
225 S. 300 E. #507
Salt Lake City, Utah 84111
Telephone (801) 577-1928
Email JLT1920@yahoo.com